**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**JOSEPH JORDAN,**

       **Plaintiff,**

v.                                                             **Case No.:  8:17-cv-00318-JSM-AEP**

**CAPITAL ONE BANK (USA), N.A.**

       **Defendant.**

_____/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a), Plaintiff Joseph Jordan and Defendant Capital One Bank (USA), N.A. hereby provide notice of settlement. The parties anticipate filing a joint notice of dismissal following the finalization of settlement.

s/ Stephen J. Bagge
Stephen J. Bagge
STEPHEN J. BAGGE, P.A.
3902 Henderson Blvd.
Suite 208-30
Tampa, Florida 33629
sbagge@baggelaw.com
*Attorney for Plaintiff*

s/ Megan P. Stephens
Joshua H. Threadcraft (96153)
Joshua.Threadcraft@burr.com
Megan P. Stephens (92557)
Megan.Stephens@burr.com
BURR & FORMAN LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: 205-251-3000
Facsimile: 205-413-8701
*Attorneys for Defendant Capital One Bank (USA), N.A.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was submitted to the Clerk of the Court via CM/ECF, which furnished copies to all counsel of record on July 4, 2017.

 */s/ Stephen J. Bagge*